*Solicitor General Hughes, Assistant Attorney General Farnum,* and *Mr. J. Frank Staley* for respondent. █

No. 121. CLARK ET AL. *v.* LANAHAN ET AL. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John M. Freeman* and *Wm. L. Day* for petitioners. *Messrs. Owen J. Roberts* and *John S. Weller* for respondents. █

No. 124. NATIONAL CITY BANK *v.* CARTER. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. A. Longstreet Heiskell* for petitioner. *Messrs. Sam O. Bates* and *Walter Chandler* for respondent.

No. 125. UNITED STATES *v.* SLIGH. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Messrs. W. Clifton Stone* and *James T. Brady* for the United States. *Mr. Loy J. Molumby* for respondent. █

No. 126. THOMAS *v.* GATES, TRUSTEE. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Joseph W. Cox* for petitioner. No appearance for respondent. █

No. 131. WHITAKER *v.* UNITED STATES; and
No. 132. McCANN *v.* SAME. October 14, 1929. Petition for writs of certiorari to the Circuit Court of Appeals